GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
BENJAMIN J. CARMAN, ESQ.
Nevada Bar No. 12565
RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. Horizon Ridge Parkway
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KORI DIANE STEWART,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOES 1 through 10; ROE ENTITIES 1 through 10; ABC LIMITED LIABILITY COMPANIES, inclusive;<br><br>    Defendant | Case No. 2:17-cv-2934-APG-PAL |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between, Plaintiff, KORI DIANE STEWART, and Defendants, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through their respective

attorneys of record that all of Plaintiff's claims in this matter against Defendants, be dismissed with prejudice, with each of the parties, to pay their own attorney fees and costs herein incurred.

It is further stipulated that any trial the Court may currently have scheduled be Vacated.

Dated: April 13th, 2018                    Dated: April 2018

**RANALLI ZANIEL FOWLER**                  **MAINOR WIRTH, LLP**
**& MORAN, LLC**

_____                  _____
**GEORGE M. RANALLI, ESQ.**                **JAMES D. URRUTIA, ESQ.**
Nevada Bar No. 5748                        Nevada Bar No. 12885
**BENJAMIN J. CARMAN, ESQ.**               **KATIE E. GOLDBERG, ESQ.**
Nevada Bar No. 12565                       Nevada Bar No. 13493
2400 W. Horizon Ridge Parkway              6018 S. Ft. Apache Rd.,
Henderson, NV 89052                        Ste. 150
Attorneys for Defendant                    Las Vegas, NV 89148
                                           Attorneys for Plaintiff

## ORDER

**IT IS SO ORDERED.**

Dated: April 16, 2018.

_____
UNITED STATES DISTRICT JUDGE